IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>CARLYLE NORTH GLEBE ROAD LLC, :<br>:<br>Defendant. : | Civil Action No. 04-396 (GMS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff BroadBand Office, Inc. ("Plaintiff") and Carlyle North Glebe Road LLC ("Defendant") hereby stipulate to the dismissal of the above-captioned civil action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), made applicable in this adversary proceeding by Fed. R. Bankr. P. 7041, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| PEPPER HAMILTON LLP | GREENBERG TRAURIG, LLP |
| David M. Fournier (DE No. 2812)<br>Adam Hiller (DE No. 4105)<br>Hercules Plaza<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone (302) 777-6500<br><br>*Attorneys for Plaintiff, BroadBand Office, Inc.* | Scott D. Cousins (DE No. 3079)<br>William E. Chipman, Jr. (DE No. 3818)<br>Dennis A. Meloro (DE No. 4435)<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, Delaware 19801<br>Telephone (302) 661-7000<br><br>- and –<br><br>Daniel J. Ansell, Esq.<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, New York 10166<br><br>*Attorneys for Defendant, Carlyle North Glebe Road LLC* |

WL: #160903 v3 (3g5j03!.DOC)