IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BROADBAND OFFICE, INC., | : | |
| Plaintiff, | : | Civil Action No. 04-396 (GMS) |
| v. | : | |
| CARLYLE NORTH GLEBE ROAD LLC, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Adam Hiller, hereby certify that on the 2nd day of May, 2005, I caused a copy of the Stipulation of Dismissal with Prejudice to be served via first-class mail, postage prepaid, upon:

Scott D. Cousins, Esquire
William E. Chipman, Jr., Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Daniel J. Ansell, Esquire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Dated: May 2, 2005
        Wilmington, Delaware

_____
Adam Hiller (DE No. 4105)
PEPPER HAMILTON LLP
Hercules Plaza
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
(302) 777-6500 telephone
(302) 421-8390 facsimile
hillera@pepperlaw.com

Attorney for Plaintiff,
BroadBand Office, Inc.

WL: #167528 v1 (3L9K01!.DOC)